# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BRENDA MARCELL OWEN, ALYSSA ANN CLAYTON, and BLADE LEE KRUEGER,<br><br>Plaintiffs,<br><br>v.<br><br>MACIEJ CZECHOWSKI, JOANNA T. BISGROVE, and KATHARINE E. PEASE,<br><br>Defendants. | Case No. 18-CV-1855-JPS<br><br>**ORDER** |

On November 26, 2018, Plaintiff Brenda Marcell Owen ("Owen")[1] filed a *pro se* complaint alleging that the defendants, who appear to be medical professionals, authorized Brian Charles Tarkenton and Ronald Osborn (who are not defendants) to commit domestic violence. (Docket #1). Plaintiff also filed a motion for leave to proceed *in forma pauperis*. (Docket #2). The case was randomly assigned to Magistrate Judge Nancy Joseph. The magistrate drafted a report and recommendation, in which she determined that Plaintiff was indigent for the purpose of proceeding without prepayment of the filing fee. (Docket #4 at 3). However, the magistrate also determined that plaintiff did not state a cognizable claim because, from the facts alleged, there was no federal law that may have been violated, and no other basis for federal jurisdiction. *Id.*

---

[1] "Plaintiff" here refers only to Brenda Marcell Owen. Although two other plaintiffs are listed, the complaint contains no allegations about them. Because neither have signed the complaint, both must be dismissed from this action. Fed. R. Civ. P. 11(a).

Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Civil Procedure 72(b), the parties were advised that written objections to the magistrate's recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* To date, no party has filed such an objection. The Court has considered Magistrate Joseph's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's report and recommendation (Docket #4) be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that Plaintiffs Alyssa Ann Clayton and Blade Lee Krueger be and the same are hereby **DISMISSED** from this action; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED** without prejudice.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 31st day of January, 2019.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge